FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 NOV -9 PM 3: 48

CLERK'S OFFICE
AT BALTIMORE

DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | Criminal No. RDB-04-0168 |
| ANTHONY OWEN MILES, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM ORDER

Defendant Anthony Owen Miles ("Defendant" or "Miles"), proceeding *pro se*, was sentenced by this Court on August 14, 2015 to a period of 30 months' imprisonment for violation of his supervised release, to run concurrent to the ten-year term imposed in a separate criminal case, *United States v. Miles*, Criminal Number ELH-13-512. (*See* Judgment on Violation of Supervised Release, ECF No. 98.) Presently pending are Defendant's Motion to Appoint Counsel (ECF No. 103) and Defendant's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 104.) A hearing is not necessary to resolve the motions. *See* Local Rule 105.6 (D. Md. 2018).

Miles has satisfied his 30 months' sentence for violation of supervised release imposed by this Court, as he has now served nearly 85 months of imprisonment. Accordingly, the remaining sentence for which Miles may pursue relief is the one imposed in criminal case number ELH-13-512. Consequently, Defendant's Motion to Appoint Counsel (ECF No. 103) and Defendant's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 104) are DENIED AS MOOT.

IT IS SO HEREBY ORDERED this 9th day of November, 2020.

_____
Richard D. Bennett
United States District Judge